# United States District Court
## *Southern District of Georgia*
### Brunswick Division


FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 23 A 10 31
CLERK

ARTHUR MINCEY         *

                                *      CASE NUMBER   CV 205-86

VS                        *

NORTH INSURANCE COMPANY OF
NORTH AMERICA      *

                                *

                                *

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this __23__ day of ____MAY____, 2005.

                                                JUDGE, UNITED STATES DISTRICT COURT
                                               SOUTHERN DISTRICT OF GEORGIA