IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN 13 A 10: 53
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| ARTHUR MINCEY | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 2:05-CV-00086-AAA |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come plaintiff ARTHUR MINCEY and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear his/its own costs and expenses of litigation.

This 6th day of June, 2005.

*[signatures on following page]*

APPROVED: This 13 day of June, 2005

_____
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Curtis Farrar
Georgia Bar No. 255700

Attorney for Plaintiff

Post Office Box 770
Douglas, Georgia 31534
(912) 384-2287 (telephone)

_____
Elizabeth J. Bondurant
Georgia Bar No. 066690
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Defendant

CARTER & ANSLEY LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)